IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUPPLY CHAIN CONNECT, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 4:12-cv-303 |
| BAYLOR COLLEGE OF MEDICINE, ET AL., | § § § | JURY |
| Defendants. | § § § | |

**DEFENDANT THE METHODIST HOSPITAL SYSTEM n/k/a THE METHODIST HOSPITAL'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant The Methodist Hospital System n/k/a The Methodist Hospital ("Methodist Hospital") moves this Court for an extension of time for Methodist Hospital to answer or otherwise respond to Plaintiff's complaint.

The current deadline for Methodist Hospital to file its answer in response to Plaintiff's complaint is March 5, 2012. The parties have agreed to extend the time for Methodist Hospital to answer, move or otherwise respond to Plaintiff's complaint until April 5, 2012.

The parties submit that this extension is necessary for Methodist Hospital to more fully investigate the allegations in this matter. Accordingly, Methodist Hospital respectfully requests this Court extend the deadline for Methodist Hospital to answer, move or otherwise respond to Plaintiff's complaint until April 5, 2012.

Dated:  March 5, 2012

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

<u>        /s/ Rick L. Rambo                </u>
Rick L. Rambo
State Bar No. 00791479
SDTX ID No. 18202
rrambo@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
713.890.5175 Telephone
713.890.5001 Facsimile

ATTORNEYS FOR DEFENDANT
BRISTOL MEYERS SQUIBB COMPANY

OF COUNSEL:

Thomas R. Davis
State Bar No. 24055384
SDTX ID No. 1186749
tdavis@morganlewis.com
1000 Louisiana Street, Suite 4000
Houston, Texas 77002
713.890.5000 Telephone
713.890.5001 Facsimile

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF system on March 5, 2012.

<u>        /s/ Rick L. Rambo            </u>
Rick L. Rambo