IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUPPLY CHAIN CONNECT, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:12-cv-00303 |
| | § | |
| BAYLOR COLLEGE OF MEDICINE, ET AL. | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT VWR INTERNATIONAL, LLC's UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND**

Defendant VWR International, LLC's ("VWR") moves this Court for an extension of time for VWR to answer or otherwise respond to Plaintiff's complaint.

The current deadline for VWR to file its answer in response to Plaintiff's complaint is March 6, 2012. The Parties have agreed to extend the time for VWR to answer, move or otherwise respond to Plaintiff's complaint until April 6, 2012.

The parties submit that this extension is necessary for VWR to more fully investigate the allegations in this matter. Accordingly, VWR respectfully requests this Court to extend the deadline for Credit Suisse to answer, move or otherwise respond to Plaintiff's complaint until April 6, 2012.

| | |
|---|---|
| Dated: March 6, 2012 | Respectfully submitted, |
| Of Counsel: | /s/ R. Paul Yetter |
| | R. Paul Yetter |
| Thomas M. Morrow | State Bar No. 22154200 |
| State Bar No. 24039076 | Yetter Coleman LLP |
| Yetter Coleman LLP | 909 Fannin, Suite 3600 |
| 909 Fannin, Suite 3600 | Houston, Texas 77010 |
| Houston, Texas 77010 | (713) 632-8000 |
| | (713) 632-8002 (Fax) |
| | |
| | Attorney-in-Charge for Defendant |
| | VWR International LLC |

## Certificate of Service

I certify that a true and correct copy of the foregoing document has been served on all counsel of record via Court's CM/ECF system on March 6, 2012.

/s/ Thomas M. Morrow
Thomas M. Morrow