# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

SUPPLY CHAIN CONNECT, LLC,

                                        Plaintiff,

        v.

1.  BAYLOR COLLEGE OF MEDICINE;
2.  BRISTOL-MEYERS SQUIBB COMPANY;
3.  OWENS AND MINOR MEDICAL, INC.;
4.  SCIQUEST, INC.;
5.  THE METHODIST HOSPITAL SYSTEM;
6.  THE UNIVERSITY OF TEXAS HEATH SCIENCE
    CENTER AT HOUSTON;
7.  THERMO FISHER SCIENTIFIC, INC.; and
8.  VWR INTERNATIONAL,LLC.

                                        Defendants.

Case No. 4:12-cv-00303

**JURY TRIAL DEMANDED**

## JOINT STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff Supply Chain Connect LLC ("Plaintiff") and the Defendants Baylor College of Medicine, Bristol-Meyers Squibb Company, Owens & Minor Medical, Inc., SciQuest, Inc., The Methodist Hospital System, The University of Texas Health Science Center at Houston, Thermo Fisher Scientific Inc., and  VWR International, LLC (collectively "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(2) and (c), having reached a Settlement Agreement, hereby move for an order dismissing this action with regard to the claims and counterclaims, respectively, of Plaintiff and Defendants, in their entirety WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys fees, and retaining jurisdiction to enforce the terms of the Settlement Agreement.

**Dated:  April** 5**, 2012**

____/Todd Brandt/
Todd Brandt
STEVENS LOVE LLP
5200 Montrose Blvd, Suite 800
Houston, Texas 77006


*Attorneys for Plaintiff Supply Chain Connect*

____/Thomas Morrow/
Thomas Morrow
YETTER COLEMAN LLP
909 Fannin, Suite 3600
Houston, Texas 77010


*Attorneys for Defendant Thermo Fisher Scientific Inc. and VWR International LLC*

____/Thomas Farrell/
Thomas Farrell
MCGUIRE WOODS LLP
JP Morgan Chase Tower
600 Travis Street
Houston, Texas 77002

*Attorneys for Defendant Owens & Minor Medical, Inc.*

____/Rick Rambo/
Rick Rambo
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, Texas 77002

*Attorneys for Defendants Bristol Meyers Squibb Company, Baylor College of Medicine, SciQuest, Inc., and The Methodist Hospital System,*

____/Greg Wehrer/
Greg Wehrer
SQUIRE SANDERS LLP
6200 Chase Tower
600 Travis Street
Houston, Texas 77002

*Attorneys for The University of Texas Health Science Center at Houston*