IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS



SUPPLY CHAIN CONNECT, LLC,

                Plaintiff,

v.

1. BAYLOR COLLEGE OF MEDICINE;
2. BRISTOL-MEYERS SQUIBB COMPANY;
3. OWENS AND MINOR MEDICAL, INC.;
4. SCIQUEST, INC.;
5. THE METHODIST HOSPITAL SYSTEM;
6. THE UNIVERSITY OF TEXAS HEATH SCIENCE CENTER AT HOUSTON;
7. THERMO FISHER SCIENTIFIC, INC.; and
8. VWR INTERNATIONAL,LLC.

                Defendants.

Case No. 4:12-cv-00303

**JURY TRIAL DEMANDED**

## ORDER OF DISMISSAL WITH PREJUDICE

And now, on this _____ day of _____, 2012, upon consideration of the Stipulated Motion for Dismissal With Prejudice of all claims asserted between Plaintiff Supply Chain Connect LLC ("Plaintiff") and Baylor College of Medicine, Bristol-Meyers Squibb Company, Owens & Minor Medical, Inc., SciQuest, Inc., The Methodist Hospital System, The University of Texas Health Science Center at Houston, Thermo Fisher Scientific Inc., and VWR International, LLC (collectively "Defendants") in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted in this suit between Plaintiff and Defendants are hereby dismissed with prejudice to the right of the

parties to assert in the future any such claims.

It is further ORDERED that all attorneys fees and costs are to be borne by the party that incurred them.

It is further ORDERED that the Court shall retain jurisdiction over this matter for the purpose of enforcing the Settlement Agreement between Plaintiff and Defendants.

SIGNED at Houston, Texas this 9th day of April, 2012.

Kenneth M. Hoyt
United States District Judge